Ashlee B. Hesman, Bar No. 012740
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
ahesman@strucklove.com

James E. Harper
Nevada Bar No. 9822
HARPER | WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:    (702) 252-5002
Fax:    (702) 252-5006
eservice@harperwixom.com

*Attorneys for Defendant CoreCivic, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jose Braulio Sedano Navarro,<br><br>                                     Plaintiff,<br><br>        v.<br><br>CoreCivic, Inc., et al.,<br><br>                                     Defendants. | NO. 2:26-cv-00897-MMD-MDC<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE CORECIVIC'S REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, the parties request that the Court extend the deadline for CoreCivic to file its Reply in Support of Partial Motion to Dismiss Plaintiff's Complaint from May 6, 2026 to May 15, 2026. CoreCivic filed its Partial Motion to Dismiss Plaintiff's Complaint on April 8, 2026 (*see* Dkt. 9). *See* LR IA 6-1(c).

On February 26, 2026, Plaintiff filed his Complaint in the Eighth Judicial District, Clark County, Nevada. (Dkt. 1-1 at 5, filed in Case No. 2:26-cv-00904-GMN-NJK.) On March 25, 2026, CoreCivic removed this matter to federal court. (Dkt. 1, filed in Case No. 2:26-cv-00904-GMN-NJK.) That same day, Defendant Berger also removed this matter to federal court. (Dkt. 1, filed in Case No. 2:26-cv-00897-MMD-MDC.) On April 6, 2026, the Court issued an Order consolidating

Case No. 2:26-cv-00904-GMN-NJK into Case No. 2:26-cv-00897-MMD-MDC. (Dkt. 16, filed in Case No. 2:26-cv-00904-GMN-NJK.) On April 8, 2026, CoreCivic filed its Partial Motion to Dismiss. (Dkt. 9.) On April 22, 2026, Plaintiff filed his "Opposition [sic] CoreCivic's Motion to Dismiss Plaintiff's Complaint." (Dkt. 16.) Currently, the deadline for CoreCivic to file its Reply in Support of Partial Motion to Dismiss Plaintiff's Complaint is May 6, 2026.

Here, good cause exists to extend the deadline for CoreCivic to file its Reply in Support of Motion to Dismiss. CoreCivic has been diligent in reviewing Plaintiff's Opposition. However, CoreCivic requires additional time to review Plaintiff's Opposition, to include the numerous arguments and legal theories—e.g., the *Erie* Doctrine—Plaintiff sets forth in his Opposition, prior to preparing its Reply. Additionally, due to conflicting deadlines in other matters, including preparing three *Daubert* Replies in the United States District Court for the District of Arizona, *Daniele v. Sheridan*, Case No. CV-24-01909-PHX-SHD (ASB), and preparing an Answer in the State of New Mexico, County of Torrance, Seventh Judicial District Court, *Brown v. CoreCivic*, Case No. D-722-CV-2025-00267; Defense counsel requires additional time to prepare CoreCivic's Reply. This extension is not sought for the purpose of delay and will not negatively impact any pending deadlines.

For the foregoing reasons, the parties respectfully request that the Court extend the deadline for CoreCivic to file its Reply in Support of Partial Motion to Dismiss Plaintiff's Complaint from May 6, 2026 to May 15, 2026.

DATED this 5th day of May 2026.

THOMAS BECKON LAW PLLC                    STRUCK LOVE ACEDO, PLC


By /s/ Thomas N. Beckom *(with permission)*    By /s/ Ashlee B. Hesman
    Thomas N. Beckom                        Ashlee B. Hesman
    610 South 9th Street                    3100 West Ray Road, Suite 300
    Las Vegas, NV  89101                    Chandler, Arizona 85226

    Lawrence C. Hill                       James E. Harper
    Sean P. O'Callaghan                    HARPER | WIXOM
    Armita Hashemi                         1935 Village Center Circle
    LAWRENCE C. HILL &  ASSOCIATES, LTD.        Las Vegas, Nevada  89134
    2020 W. Sunset Road                    eservice@harperwixom.com
    Henderson, Nevada  89014

    Mitchell S. Bisson                 *Attorneys for Defendant CoreCivic, Inc.*
    Law Offices of Mitchell S. Bisson
    911 N. Buffalo Dr., Ste. 202
    Las Vegas, NV  89128

*Attorneys for Plaintiff*


**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 7, 2026_____

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Mitchell S. Bisson | MBisson@BissonLegal.com |
| Lawrence C. Hill | Info@LVLegalHelp.com |
| Sean P. O'Callaghan | Info@LVLegalHelp.com |
| Armita Hashemi | Info@LVLegalHelp.com |
| Thomas N. Beckom | thomas@becomlaw.vegas |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ E. Percevecz