Ashlee B. Hesman, Bar No. 012740
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
ahesman@strucklove.com

James E. Harper
Nevada Bar No. 9822
HARPER | WIXOM
1935 Village Center Circle
Las Vegas, Nevada  89134
Tel:     (702) 252-5002
Fax:    (702) 252-5006
eservice@harperwixom.com

*Attorneys for Defendant CoreCivic, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jose Braulio Sedano Navarro, | NO. 2:26-cv-00897-MMD-MDC |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE DEFENDANTS' REPLY IN SUPPORT OF JOINT MOTION TO STAY DISCOVERY** |
| v. | |
| CoreCivic, Inc., et al., | **(First Request)** |
| Defendants. | |

Pursuant to LR IA 6-1, the parties request that the Court extend the deadline for Defendants to file their Reply in Support of Joint Motion to Stay Discovery from May 21, 2026 to June 4, 2026. Defendants filed their Joint Motion to Stay Discovery on April 30, 2026 (*see* Dkt. 25). *See* LR IA 6-1(c).

On April 30, 2026, Defendants filed a Joint Motion to Stay Discovery. (Dkt. 25.) On May 14, 2026, Plaintiff filed his Opposition to Defendants' Joint Motion to Stay Discovery. (Dkt. 30.) Currently, the deadline for Defendants to file their Reply in Support of Joint Motion to Stay Discovery is May 21, 2026. Here, good cause exists to stay that deadline. While Defendants have been diligent in reviewing Plaintiff's Opposition, they require additional time to review and analyze

it prior to preparing their Reply. Additionally, due to conflicting deadlines in other matters, including preparing a Reply in Support of Motion for Summary Judgment in the United States District Court for the District of Arizona, *Daniele v. Sheridan*, Case No. CV-24-01909-PHX-SHD (ASB); preparing a Reply in Support of Motion to Transfer Venue or, in the Alternative, Motion to Dismiss in the United States District Court for the District of Montana, *Delacruz v. CoreCivic*, Case No. 6:26-cv-00020-TJC; and preparing a status report in the United States District Court for the District of Montana, *Redd v. CoreCivic*, Case No. 6:26-cv-00011-BMM; Defendants require additional time to prepare their Reply. Defendants further require additional time to prepare their Reply because Defense counsel will be out of town on the date Defendants' Reply is currently due. This extension is not sought for the purpose of delay and will not negatively impact any pending deadlines.

/ / /

/ / /

/ / /

For the foregoing reasons, the parties respectfully request that the Court extend the deadline for Defendants to file their Reply in Support of their Joint Motion to Stay Discovery from May 21, 2026 to June 4, 2026.

DATED this 22nd day of May 2026.

THOMAS BECKON LAW PLLC                    STRUCK LOVE ACEDO, PLC


By /s/ Thomas N. Beckom *(with permission)*    By /s/ Ashlee B. Hesman
    Thomas N. Beckom                             Ashlee B. Hesman
    610 South 9th Street                          3100 West Ray Road, Suite 300
    Las Vegas, NV  89101                          Chandler, Arizona 85226

    Lawrence C. Hill                              James E. Harper
    Sean P. O'Callaghan                           HARPER | WIXOM
    Armita Hashemi                                1935 Village Center Circle
    LAWRENCE C. HILL & ASSOCIATES, LTD.           Las Vegas, Nevada  89134
    2020 W. Sunset Road                           eservice@harperwixom.com
    Henderson, Nevada  89014

    Mitchell S. Bisson                            *Attorneys for Defendant CoreCivic, Inc.*
    Law Offices of Mitchell S. Bisson
    911 N. Buffalo Dr., Ste. 202              HALL PRANGLE LLC
    Las Vegas, NV  89128

    *Attorneys for Plaintiff*                  By /s/ Mari K. Schaan *(with permission)*
        Mari K. Schaan
        1140 N. Town Center Dr., Ste. 350
        Las Vegas, NV  89114

        *Attorney for Defendant Steven Berger, M.D.*

**ORDER**
**IT IS SO ORDERED**:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE


DATED: May 26, 2026